FILED

JUN 2 5 2026

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____ Deputy

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
tony.lopez@usdoj.gov
clay.plummer@usdoj.gov

*Attorneys Representing the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00008-MMD-CSD |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| v. | **VIOLATION:** |
| KEVIN JESUS KING,<br>    aka "Kevin Jesus Lopez Vargas,"<br>    aka "Kevin Lopez-Vargas,"<br>    aka "Kevin Lopez,"<br>    aka "Kevin Vagas," | Naturalization Fraud – 18 U.S.C. § 1425(a) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Naturalization Fraud
### (18 U.S.C. § 1425(a))

1.     On January 23, 2018, defendant KEVIN JESUS KING submitted an

Application for Naturalization Form N-400 to U.S. Citizenship and Immigration Services

("USCIS"). Question 22 on KING's Form N-400 asked: "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" In response to Question 22, KING checked a box indicating "No."

2.     Question 31 on KING's Form N-400 asked: "Have you EVER given any U.S. Government officials any information that was false, fraudulent, or misleading?" In response, KING checked a box indicating "No."

3.     In submitting his application, KING signed and stated: "I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct."

4.     On June 4, 2018, KING appeared before a USCIS officer and was placed under oath. KING was again asked whether he had ever committed, assisted in committing, or attempted to commit, a crime or offense for which he was not arrested. In response, KING stated under oath that he had not. KING then signed an attestation before the USCIS officer that "I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know the contents of this Form N-400, Application for Naturalization, subscribed by me, including the corrections displayed above are complete, true, and correct."

5.     On June 15, 2018, KING appeared before the U.S. District Court in the District of Nevada in Reno, Nevada for a naturalization ceremony. He was sworn in and became a United States citizen.

6.     On or about July 25, 2024, KING pled guilty to committing sexual assault, a Category A felony violation of NRS 200.366.2B on two occasions, once on or about July 25, 2017, and again on or about March 18, 2018. In both instances, KING used threats of

physical harm to force the victims to perform oral sex on him. During the July 2017 sexual assault, KING also forcibly penetrated the victim's vagina against her will with his finger. During the March 2018 sexual assault, KING also forcibly penetrated the victim's vagina against her will with both his finger and his penis.

7.      Between on or about January 23, 2018, and on or about June 15, 2018, within the State and Federal District of Nevada,

KEVIN JESUS KING
aka "Kevin Jesus Lopez Vargas,"
aka "Kevin Lopez Vargas,"
aka "Kevin Lopez,"
aka "Kevin Vagas,"

defendant herein, knowingly procured and attempted to procure for himself, contrary to law, naturalization as a United States citizen, to which he was not entitled, by making materially false statements under penalty of perjury in connection with his naturalization application and interview, all in violation of 18 U.S.C. § 1425(a).

DATED this 25th day of June, 2026.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Acting Attorney General

RICHARD ANTHONY LOPEZ
Assistant United States Attorney
CLAY A. PLUMMER
Special Assistant United States Attorney

3