PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

**BY:** ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF    Nevada        Divisional Office

Name and Office of Person
Furnishing Information on    Anthony Lopez
THIS FORM    ☑ U.S. Atty ☐ Other U.S. Agency
             Phone No. _____
Name of Asst.
U.S. Attorney
(if assigned) _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

_____

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense | County

---

CASE NO.    3:26-cr-00008-MMD-CSD

USA vs.

Defendant:    KEVIN JESUS KING

Address:    aka "Kevin Jesus Lopez Vargas"
aka "Kevin Lopez-Vargas"
aka "Kevin Lopez"
aka "Kevin Vagas"

**FILED**
**JUN 2 5 2026**
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY: _____ Deputy

☐ Interpreter Required    Dialect: _____

Birth
Date _____    ☑ Male    ☐ Alien
                        ☐ Female   (if applicable)

Social Security Number _____

**DEFENDANT**

Issue:    ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD    ☐ CJA    ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1425(a) | Naturalization Fraud | 1 |
| | | | |
| | | | |
| | | | |